BECKER, Circuit Judge,
concurring.
I join in Judge McKay’s fine opinion on the understanding that it is ultimately founded not on the due process clause but on congressional intent (i.e., the intent that asylum claimants receive a uniform, fair process). However, I do not join in Judge McKay’s discussion of the necessity of specific procedures, such as the need for an independent adjudicator or for a translator. I would prefer to let the INS decide in the first instance what procedures best conform to this court’s mandate.[1]

. While I endorse Judge McKay's decision not to reach the merits of the plaintiff's asylum claim at this juncture, I feel constrained to note that the INS, in its papers, seems to have adopted a rather crabbed notion of what is "political,” in the face of what seems to be a quite strong case for asylum.